IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:09cv483-TMH |
| ) | |
| UNITED STATES BANKRUPTCY ) | |
| COURT and CHIEF JUDGE DWIGHT ) | |
| H. WILLIAMS, JR., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 12, 2009, the Magistrate Judge filed a Recommendation in this case recommending that the plaintiff's complaint be dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).  (Doc. # 10). On August 20, 2009, the plaintiff filed objections to the recommendations.  (Doc. # 11).  After careful review and consideration of the objections, and upon an independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. That the plaintiff's objections be and are hereby OVERRULED;

2. That the Recommendation be and is hereby ADOPTED;

3. That the plaintiff's complaint be and is hereby DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

4. That costs be and are hereby TAXED against the petitioner.

Done this 23rd  day of October 2009.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE